UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXCEL URGENT CARE OF ASTORIA PLLC
D/B/A EXCEL OF NY; EXCEL URGENT
CARE OF FISHKILL PLLC; EXCEL URGENT
CARE OF GOSHEN PLLC; EXCEL URGENT
CARE OF NHP PLLC; EXCEL URGENT
CARE OF EAST NORTHPORT PLLC; EXCEL
URGENT CARE OF NESCONSET PLLC;
EXCEL URGENT CARE OF WANTAGH
PLLC; METRO URGENT MEDICAL CARE
OF BROOKLYN PLLC; METRO URGENT
MEDICAL CARE OF QUEENS PLLC;
MIDTOWN NEW YORK DOCTORS PLLC;
ORANGE URGENT CARE PLLC; DOCTORS
OFFICE OF NEW JERSEY LLC; THE
DOCTORS OFFICE OF BRICK LLC; THE
DOCTORS OFFICE OF MANALAPAN LLC;
THE DOCTORS OFFICE OF WEST
CALDWELL LLC; EXCEL URGENT CARE
OF NJ LLC; EXCEL URGENT CARE OF
PARAMUS LLC D/B/A THE DOCTORS
OFFICE; EXCEL URGENT CARE OF
STAMFORD LLC; WESTPORT URGENT
CARE PLLC D/B/A EXCEL OF CT;
ANDERSON MEDICAL P.C.; and ASHRAF
MEDICAL GROUP PLLC,

**ORDER**

24-CV-09510 (PMH)

                    Plaintiffs,

          -against-

SOLV HEALTH INC.,

                    Defendant.

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for oral argument today. For the reasons set forth on the

record and the law cited therein, Defendant Solv Health Inc.'s pending motion to dismiss (Doc.

22) is DENIED, as stated on the record.

Defendant shall file an answer to the amended complaint by April 24, 2026. The parties

shall file for the Court's consideration a Proposed Civil Case Discovery Plan and Scheduling Order

(available on the Court's website at https://nysd.uscourts.gov/hon-philip-m-halpern) by April 24, 2026.

The Court will separately docket an Order of Reference to the assigned Magistrate Judge for settlement.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 22).

**SO ORDERED.**

Dated:    White Plains, New York
          March 24, 2026

PHILIP M. HALPERN
United States District Judge